ACCEPTED
08-21-00142-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
11/3/2021 10:46 AM
ELIZABETH G. FLORES
CLERK

08-21-00142-CR

NO. 08-21-00142-CR

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
11/3/2021 10:46:45 AM
ELIZABETH G. FLORES
Clerk

| | | |
|---|---|---|
| JOSE DEMETRIO PINEDA | * | IN THE COURT OF APPEALS |
| APPELLANT | * | EL PASO, TEXAS |
| | * | |
| V. | * | 8TH DISTRICT OF TEXAS |
| | * | |
| | * | |
| STATE OF TEXAS | * | AT EL PASO, TEXAS |
| APPELLEE | | |

## ENTRY OF APPEARANCE

Please enter the appearance of Susannah E. Prucka as an attorney for the State of Texas in this case.

Dated: November 3, 2021          Respectfully submitted,

AMANDA NAVARETTE
District Attorney
Winkler and Crane Counties

/s/Susannah E. Prucka
SUSANNAH E. PRUCKA
Special Prosecutor
State Bar No. 24076105
susannahprucka@gmail.com

PO Box 1041
Kermit, Texas 79745
432.586.3700
432.586.3208 fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of the foregoing document was sent on November 3, 2021, by transmission through the authorized electronic filing manager or as otherwise permitted by law to Michele Greene., the attorney of record for Appellant.

/s/Susannah E. Prucka
SUSANNAH E. PRUCKA

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Susannah Prucka on behalf of Susannah Prucka
Bar No. 24076105
susannahprucka@gmail.com
Envelope ID: 58810279
Status as of 11/3/2021 2:27 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| M. Michele Greene | 789966 | mmg@michelegreenelaw.com | 11/3/2021 10:46:45 AM | SENT |